IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00333-PAB-KLM

MUNEEB CHAWLA, an individual,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reset Scheduling Conference** [Docket No. 10; Filed March 22, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 23, 2013 at 10:30 a.m. is **VACATED** and **RESET** to **May 29, 2013 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **May 24, 2013**.

    Dated:  March 24, 2013