IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00333-PAB-KLM

MUNEEB CHAWLA, an individual,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 18; Filed June 10, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: June 10, 2013