IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00333-PAB-KLM

MUNEEB CHAWLA, an individual,

   Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation,

   Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's <u>Unopposed</u> Motion to Amend the Scheduling Order to Extend the Discovery Cut-off and Dispositive Motion Deadlines** [#29][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**. The Scheduling Order entered on May 29, 2013 [#17], and amended on December 9, 2013 [#28], is further modified to extend the following deadlines:

- Discovery Deadline                                              **January 31, 2014**
- Dispositive Motion Deadline                              **February 14, 2014**

Dated:  December 30, 2013

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.