**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00333-PAB-KLM

MUNEEB CHAWLA, an individual,

      Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [Docket No. 86] of United States District Judge Philip A. Brimmer entered on September 22, 2014, it is

      **ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 34] is **GRANTED** in part and **DENIED** in part.  It is further

      **ORDERED** that Dr. Chawla's first, second, third, fourth, fifth, and sixth claims for relief are **DISMISSED** with prejudice.  It is further

      **ORDERED** that Dr. Chawla's seventh, eighth, ninth, tenth, and eleventh claims for relief are **DISMISSED** without prejudice.  It is further

      **ORDERED** that judgment is hereby entered in favor of defendant and against the plaintiff.  It is further

      **ORDERED** that defendant Lockheed Martin Corporation is **AWARDED** its costs,

to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1.  It is further

> **ORDERED** that this case is **CLOSED.**

Dated at Denver, Colorado this 23rd day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Jennifer Hawkins
_____

Jennifer Hawkins
Deputy Clerk